417 A.2d 777

Commonwealth v. Mickens, Appellant.

■■■■■■■■■■■■■■■ Submitted September 15, 1978. Robert B. Mozenter, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.